1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  WIMBERLY VENTURES, LLC, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>IGNYTA, INC., et al.,<br><br>                              Defendants.<br>―――――――――――――――――<br>ANTHONY FRANCHI, individually, and on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>IGNYTA, INC., et al.,<br><br>                              Defendants. | Case Nos.: 3:18-cv-00082-BEN-BGS<br>            3:18-cv-00131-BEN-BGS<br>            3:18-cv-00157-BEN-BGS<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE** |

1

| | |
|---|---|
| EDILBERTO DIAZ, individually, and on behalf of itself and all others similarly situated, | |
| | Plaintiff, |
| v. | |
| IGNYTA, INC., et al., | |
| | Defendants. |

Ignyta, Inc., Roche Holdings, Inc., Abingdon Acquisition Group Corp., Jonathan E. Lim, James Bristol, Alex Casdin, Heinrich Dreisman, James Freddo, and Steven Hoerter (collectively, "Defendants") are named defendants in three putative class actions for alleged violations of the Securities and Exchange Act of 1934 before this Court: 1) *Wimberly Ventures, LLC v. Ignyta, Inc.*, et al., Case No. 3:18-cv-00082-BEN-BGS; 2) *Franchi v. Ignyta, Inc., et al.*, Case No. 3:18-cv-00131-BEN-BGS; and 3) *Diaz v. Ignyta, Inc., et al.*, Case No. 3:18-cv-00157-BEN-BGS. Defendants now move for consolidation of the three cases on the ground that each complaint contains virtually the same allegations and requests for relief, and that each named plaintiff seeks to represent the same class of stockholders. None of the three named plaintiffs opposed Defendants' motions.

Under Federal Rule of Civil Procedure 42, the court may consolidate actions that involve common questions of law or fact. Common questions exist in these three cases, and consolidation would promote judicial efficiency. Therefore, the actions are consolidated in the low-numbered action, Case No. 3:18-cv-00082, and all further filings shall be made in that case.

**IT IS SO ORDERED.**

Dated: June 7, 2018

Hon. Roger T. Benitez
United States District Judge